1  THOMAS N. STEWART, III - #88128
   ATTORNEY AT LAW
2  369 BLUE OAK LANE, 2nd FLOOR
   CLAYTON, CA 94517
3  TELEPHONE (925) 672-8452
   TELEFAX (925) 673-1729
4  Attorneys for Plaintiff

**FILED**

MAR 1 6 2004

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

**LODGED**

MAR 1 5 2004

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ECKERT,<br><br>    Plaintiff,<br><br>v.<br><br>DONAHUE SCHRIBER COMPANY, DONAHUE SCHRIBER REALTY GROUP, L.P., HOME DEPOT, U.S. A., INC.,<br><br>    Defendants.<br>_____/ | Case No. CIV.S-02-1684 WBS KJM<br><br>STIPULATION OF DISMISSAL OF HOME DEPOT, U.S.A., INC.; ORDER |

The parties hereto stipulate as follows:

Plaintiff and Home Depot, U.S.A., Inc., have reached a full and final settlement of all their issues in this action. A Settlement Agreement between them has been fully executed.

Some parts of the Settlement Agreement are to be performed in the future. Plaintiff and Home Depot, U.S.A., Inc., shall comply with their Settlement Agreement, a copy of which is

CIV.S-02-1684 WBS KJM                                 1

63

1. incorporated by reference as if fully set forth. Plaintiff and Home Depot, U.S.A., Inc., request
2. the Court to retain jurisdiction for one year(s) from the date hereof in order to enforce the terms
3. of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co.*
4. *Of America*, 511 U.S. 375, 381-82 (1994).
5. Although the parties are hereby dismissing Home Depot, U.S.A., Inc., from this action
6. with prejudice, they agree that the Court will retain jurisdiction over Home Depot, U.S.A., Inc.
7. and Plaintiff in order to be able to enforce the terms of the Settlement Agreement.
8. IT IS HEREBY STIPULATED by and between the parties to this action through their
9. designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP
10. 41(a)(2) as to Home Depot, U.S.A., Inc., and the Court retains jurisdiction to enforce the terms
11. of the Settlement Agreement for one year(s) after the date hereof.

12. Date: 2-4-04                                    Date:

13. _____                         _____
14. Attorney for Home Depot,                        Thomas N. Stewart, III,
15. U.S.A., Inc.                                    Attorney for Plaintiff

16. Date:

17. _____
18. Thomas W. Chaffee,
19. Attorney for Donahue Schriber
    Realty Group, L.P.

20. IT IS SO ORDERED:

21. Date: 3/15/2004       _____
22.                             Judge

CIV.S-02-1684 WBS KJM                       2

1 | incorporated by reference as if fully set forth. Plaintiff and Home Depot, U.S.A., Inc., request
2 | the Court to retain jurisdiction for one year(s) from the date hereof in order to enforce the terms
3 | of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co.*
4 | *Of America,* 511 U.S. 375, 381-82 (1994).

5 | Although the parties are hereby dismissing Home Depot, U.S.A., Inc., from this action
6 | with prejudice, they agree that the Court will retain jurisdiction over Home Depot, U.S.A., Inc.
7 | and Plaintiff in order to be able to enforce the terms of the Settlement Agreement.

8 | IT IS HEREBY STIPULATED by and between the parties to this action through their
9 | designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP
10 | 41(a)(2) as to Home Depot, U.S.A., Inc., and the Court retains jurisdiction to enforce the terms
11 | of the Settlement Agreement for one year(s) after the date hereof.

12 | Date:                                    Date: 3/11/04

13 | _____    _____
14 | Stacey Jaramillo,                        Thomas N. Stewart, III,
     Attorney for Home Depot,             Attorney for Plaintiff
15 | U.S.A., Inc.

16 | Date:

17 | _____

18 | Thomas W. Chaffee,
     Attorney for Donahue Schriber
19 | Realty Group, L.P.

20 | IT IS SO ORDERED:

21 | Date:
                                              _____
22 |                                                        Judge

CIV.S-02-1684 WBS KJM                       2

```
                    United States District Court
                              for the
                    Eastern District of California
                           March 16, 2004

                    * * CERTIFICATE OF SERVICE * *

                                          2:02-cv-01684


     Eckert

         v.

     Donahue Schriber

     _____


I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  March 16, 2004, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


          Thomas N Stewart III                   SH/WBS
          Law Offices of Thomas N Stewart III
          369 Blue Oak Lane
          Second Floor
          Clayton, CA   94517

          Thomas William Chaffee
          Pandell Law Firm
          1990 North California Boulevard
          Suite 1010
          Walnut Creek, CA   94596

          Gregory Francis Hurley
          Greenberg Traurig LLP
          18300 Von Karman
          Suite 850
          Irvine, CA   92612
```

Jill Theresa Bowers
Attorney General's Office
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA   94244-2550


                                    Jack L. Wagner, Clerk

                                BY: _____
                                    Deputy Clerk